UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JESSIE LEE BIZZELL,

    Plaintiff,

v.                                                                Case No.: 2:20-cv-597-FtM-38MRM

KUNTZMAN CANSON CONSULTANTS and 21ST CENTURY ONCOLOGY HOLDINGS, INC.,

    Defendants.
_____/

### ORDER[1]

Plaintiff, who is a state prisoner, initiated this action on August 17, 2020 by filing a handwritten *pro se* complaint. (Doc. 1). To the extent discernable, Plaintiff claims he had been awarded $1,000,000.00 in damages and $400,000.00 in interest in connection with his "claim no. 2293" because defendants wrongly made him believe he was HIV positive and had cancer. *See generally* (Doc. 1). He asks the Court to order defendants to pay these funds to him by check or stock. Earlier, Plaintiff filed a *pro se* complaint in case no. 2:20-cv-582-FtM-38-MRM containing virtually identical allegations. Plaintiff may not have duplicative cases pending before the Court. Because Plaintiff's case no. 2:20-cv-582-FtM-38-MRM was filed first, the Court will dismiss this later filed action as duplicative.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

1. Plaintiff's Complaint (Doc. 1) is **DISMISSED as duplicative**.

2. The Clerk is **DIRECTED** to terminate any deadlines, deny as moot any pending motions, enter judgment, and close this case.

**DONE** and **ORDERED** in Fort Myers, Florida this 24th day of August 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record